Eva Aberle and Samuel Aberle, Respondents, v. Katherine Kaufman, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Bankers Trust Company, as Trustee, etc., of Daniel G. Reid, Deceased. Margaret Reid Izrastzoff, Objectant, Appellant, Respondent; Rhea Reid Topping, Individually and as Sole Surviving Executrix, etc., of Daniel G. Reid, Deceased, Respondent, Appellant; Bankers Trust Company, as Trustee, etc., Respondent.— Decree, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [165 Misc. 207.]

Najeeb A. Sahadi, on Behalf of Himself and All Other Similarly Situated Policyholders of The Equitable Life Assurance Society of the United States, Appellant, v. The Equitable Life Assurance Society of the United States, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Henrietta Friershausen, Respondent, v. The City of New York, Appellant. — Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the credible evidence. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to dismiss the complaint on the ground that contributory negligence was established as matter of law.

Max Zellermayer, Doing Business as the Silver Lady Hosiery Co., Respondent, v. Samuel Cohen and Cardinal Hosiery Co., Inc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Samuel Lurie, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Sarah Sperber, as Administratrix, etc., of Morris Sperber, Deceased, Respondent, v. Davidson Transfer & Storage Co. and Clarence George, Appellants.— Judgment reversed and a new trial ordered with costs to the appellants to abide the event, on the ground that the finding of the jury that the injury received was the proximate cause of death was against the weight of the credible evidence. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote for affirmance.

Wilhelmina H. Man, Appellant, v. Elizabeth K. Murphy, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to reply to the first counterclaim to the first cause of action, within twenty days after service of order, upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Steven Logoda and Steffan Mellik, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Frederick W.